IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: Esquivel, Michael J | Case Number: 08 B 02244 |
| | Judge: Wedoff, Eugene R |
| Printed: 03/03/09 | Filed: 1/31/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: January 15, 2009
Confirmed: June 5, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 2,035.00 | |
| Secured: | | 1,456.42 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 446.12 |
| Trustee Fee: | | 132.46 |
| Other Funds: | | 0.00 |
| Totals: | 2,035.00 | 2,035.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Ernesto D Borges Jr Esq | Administrative | 3,500.00 | 446.12 |
| 2. | Onyx Acceptance Corp | Secured | 10,876.00 | 1,456.42 |
| 3. | Illinois Dept Of Healthcare And Family | Priority | 5,367.12 | 0.00 |
| 4. | Illinois Dept of Revenue | Priority | 2,517.11 | 0.00 |
| 5. | Asset Acceptance | Unsecured | 233.38 | 0.00 |
| 6. | Illinois Dept of Revenue | Unsecured | 54.65 | 0.00 |
| 7. | Jefferson Capital Systems LLC | Unsecured | 85.94 | 0.00 |
| 8. | Onyx Acceptance Corp | Unsecured | 0.00 | 0.00 |
| 9. | City Of Chicago Dept Of Revenue | Unsecured | 149.40 | 0.00 |
| 10. | Nicor Gas | Unsecured | 248.43 | 0.00 |
| 11. | United States Dept Of Education | Unsecured | 4,105.69 | 0.00 |
| 12. | Affiliated Financial Corporation | Secured | | No Claim Filed |
| 13. | Alliance One | Unsecured | | No Claim Filed |
| 14. | Affiliated Financial Corporation | Unsecured | | No Claim Filed |
| 15. | American Collection Corp | Unsecured | | No Claim Filed |
| 16. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 17. | Comcast | Unsecured | | No Claim Filed |
| 18. | Corporate Collections | Unsecured | | No Claim Filed |
| 19. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 20. | Credit One | Unsecured | | No Claim Filed |
| 21. | Tribute/Fbold | Unsecured | | No Claim Filed |
| 22. | DFAS-DE | Unsecured | | No Claim Filed |
| 23. | Providian Financial | Unsecured | | No Claim Filed |
| | | | $ 27,137.72 | $ 1,902.54 |

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Esquivel, Michael J

Printed: 03/03/09

Case Number: 08 B 02244
Judge: Wedoff, Eugene R
Filed: 1/31/08

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 120.25 |
| 6.6% | 12.21 |
| | $ 132.46 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*/s/ Mach*